UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-348 RSL |
| Plaintiff, | |
| v. | |
| ADRIAN ORTEGA-GONZALEZ, | DETENTION ORDER |
| Defendant. | |

<u>Offenses charged</u>:

Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A).

<u>Date of Detention Hearing</u>: November 13, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

2. Defendant has no ties to this jurisdiction, and only ephemeral ties to the United States. He has substantial ties to Mexico. His mother and father live in Mexico,

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

and a brother, who is a co-defendant, apparently fled to Mexico when word of the prosecution came out. In addition, earlier, when the government seized certain vehicles and it appeared that the drug trafficking organization might be taken down, the defendant fled to Mexico, only recently returning to the United States.

3. The evidence against the defendant, although the least significant factor in making detention decisions, is very strong.

4. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of November, 2015.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge